NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERESA COSTANTINE,**
**as Personal Representative of the Estate of**
**Richard Costantine,**
*Appellant,*

v.

**C.F.M DISTRIBUTION COMPANY, INC.,**
AND **ORIGINAL MARYLAND FRIED CHICKEN,**
**LLC,**
*Appellees.*

---

2013-1467

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Opposition Nos. 91185766, 91187377 and 91187378.

---

**JUDGMENT**

---

NEIL A. SAYDAH, Saydah Law Firm, of Oviedo, Florida, argued for appellant.

AMBER N. DAVIS, Beusse, Wolter, Sanks, Mora & Maire, P.A., of Orlando, Florida, argued for the appellee CFM Distributing Company, Inc. and SUZANNE D.

MEEHLE, The Meehle Law Firm, P.A. , of Altamonte Springs, Florida argued for Original Maryland Fired Chicken, LLC.  Of counsel was TERRY M. SANKS, Beusse, Wolter, Sanks, Mora & Maire, P.A., of Orlando, Florida.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 10, 2014 | /s  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |